# NOTES OF CAUSES

Decided during the period comprised in this Volume, and not reported in full.

No. 1892. COVAR *v.* SALLAT. April Term, 1886. This was a consent order settling matters of controversy involved in the appeal. Filed June 2, 1886.

No. 1917. WOOD *v.* WOOD. April Term, 1886.

1. While this court is not absolutely bound by the findings of fact by the Circuit Judge, sustaining the referee, in an equity cause, "yet the rule is, as we have often stated, that there must be in every such case some very strong and potent reason appearing otherwise, or this court will feel itself bound by such findings. The findings must either be without testimony, or its manifest weight must be to the contrary, or the facts as found below will stand. And especially does this rule apply in a case like that before the court, where the Circuit Judge fully and unequivocally sustains and adopts the findings of the referee."

2. In a contest between two claimants under the obligee in a bond for titles, section 400 of the Code does not prevent the obligor from testifying to communications between himself and the deceased obligee, as such witness, though a party to the cause, has no interest in the action.

Decree of Hudson, J., Spartanburg, affirmed. OPINION by MR. CHIEF JUSTICE SIMPSON, July 14, 1886. *J. S. R. Thomson,* for appellants. *Bobo & Carlisle,* contra.